UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 16-10350-RGS

UNITED STATES OF AMERICA

v.

WALLINGTON GARCIA

MEMORANDUM AND ORDER ON DEFENDANT'S
MOTION FOR REVIEW OF THE MAGISTRATE JUDGE'S
DETENTION ORDER

April 28, 2017

STEARNS, D.J.

Before the court is defendant Wallington Garcia's motion for review of Magistrate Judge Hennessey's January 27, 2017 Order detaining him without bond. Garcia does not contest the Magistrate Judge's factual findings, but maintains that he erred in his ultimate conclusion that no set of conditions of release could reasonably assure the defendant's appearance at trial or the interim safety of the community. The court heard oral argument on the motion on April 27, 29017, with defendant present.

After considering the arguments and memoranda of the parties, the Memorandum and Order of the Magistrate Judge, and having reviewed the exhibits presented at the detention hearing, I conclude that the Order should be <u>AFFIRMED</u>. In this regard, I find the transcript of the October 27, 2016 conversation between Garcia ("Ariel") and "Makarena," when viewed in the

context of the seizure of the six kilograms of drugs[1] to be, if anything, more incriminating than did the Magistrate Judge. Hence, I do not regard the issue of the existence of probable cause to believe that Garcia was involved in a serious drug offense to be at all "close." I am also of the view that Magistrate Judge Hennessey appropriately relied on the fact that, at the time of the instant offense, defendant was serving on state probation as the result of a felony drug conviction, that he had been found in violation of his probation terms (specifically, he had traveled without permission to Guatemala), and was as a consequence the subject of an outstanding probation warrant. Finally, I believe that the Magistrate Judge appropriately gave weight to defendant's lack of candor with Pretrial Services in doubting whether his promise to abide by terms of pretrial release could be trusted.

ORDER

For the foregoing reasons, the motion to vacate the Magistrate Judge's Order of Detention is DENIED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge describes the drugs as cocaine. The DEA-6 variously describes the drugs as fentanyl and heroin. The discrepancy is not material.