UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 1:16-cr-10350-RGS

<table>
<tr><td>UNITED STATES OF AMERICA,</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
<tr><td>WALLINGTON GARCIA,</td><td>)</td></tr>
<tr><td>Defendant.</td><td>)</td></tr>
<tr><td></td><td>)</td></tr>
</table>

**JOINT MOTION FOR RECONSIDERATION OF DETENTION
ORDER AND FOR CONSIDERATION OF RELEASE OF
DEFENDANT GARCIA ON CONDITIONS**

NOW COMES the defendant, Wallington Garcia ("Garcia"), together with the United States through its undersigned counsel, files this Joint Motion For Reconsideration of this Court's Detention Order dated April 28, 2017, and for Consideration of Release of Defendant Wallington Garcia on Conditions, some possible conditions of which are suggested below. In support of the motion, the parties state:

1.      After an evidentiary hearing, on January 27, 2017, United States Magistrate Judge David H. Hennessy detained Garcia without bond. (Docket No. 70).

2.      Defendant sought review of that decision by the District Court. Oral argument for review of the Magistrate's Order was held by this Court on April 27, 2017. After considering the argument and memoranda of the parties, the Memorandum and Order of the Magistrate Judge, and the exhibits presented at the hearing, this Court affirmed the Order of the Magistrate Judge. (Docket No. 93).

Allowed and referred to the Magistrate Judge for a determination of appropriate conditions of release. R/s Stearns DJ 6-16-17.